**26SL-CC03129**

Electronically Filed - St Louis County - April 15, 2026 - 03:02 PM

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| ANNTHEA DEAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RELIANT CARE MANAGEMENT | ) |
| COMPANY, LLC | ) |
| **Serve:** Registered Agent: | ) |
| Craddick, Robert J. | ) |
| 1869 Craig Park Court | ) |
| St. Louis, MO 63146 | ) |
| | ) |
| Defendant. | ) |

**PETITION**

COMES NOW Plaintiff Annthea Dean ("Plaintiff"), by and through undersigned counsel,

for her claims against Defendant Reliant Care Management Company, LLC ("Defendant"),

pursuant to RSMo. §§ 213.055 and 213.070 for sexual harassment retaliation, and states:

**PARTIES**

1.      Plaintiff brings this action under the Missouri Human Rights Act, RSMo. §

213.010, et. seq. ("MHRA") and alleges retaliation based on sexual harassment.

2.      Plaintiff is an individual with her residence in Lewis County, Missouri.

3.      Defendant is a Missouri corporation with its principal place of business at 1869

Craig Park Dr., St. Louis, Missouri 63146.

4.      Plaintiff was employed by Defendant at its location at 1869 Craig Park Dr., St.

Louis, Missouri 63146.

1

Electronically Filed - St Louis County - April 15, 2026 - 03:02 PM

## JURISDICTION AND VENUE

5.      Defendant's unlawful employment practices complained of herein occurred in St. Louis County, Missouri, therefore jurisdiction and venue are proper in this Court.

6.      Venue is proper in this Court pursuant to RSMo. § 213.111, as the acts, occurrences, and events alleged in this action took place, in whole or in part, in St. Louis County, Missouri.

## JURISDICTIONAL PREREQUISITES

7.      Plaintiff timely filed a Charge of Discrimination ("Charge") with the Equal Employment Opportunity Commission ("EEOC") and Missouri Commission on Human Rights ("MCHR") on August 4, 2025, detailing the allegations and claims of retaliation. A true and accurate copy of the Charge is attached hereto as **Exhibit A**.

8.      Defendant was named in Plaintiff's Charge.

9.      On February 17, 2026, the EEOC issued Plaintiff a Notice of Right to Sue. A true and accurate copy of Plaintiff's Notice of Right to Sue is attached hereto as **Exhibit B**.

10.     Plaintiff has fully complied with all jurisdictional prerequisites under the MHRA to bring this action.

11.     Plaintiff is timely filing this action within ninety (90) days of the date her Notice of Right to Sue letter issued, and within two (2) years of Plaintiff's termination by Defendant.

12.     Plaintiff has satisfied and exhausted all administrative and judicial prerequisites prior to the filing of this action.

## FACTUAL BACKGROUND

13.     Plaintiff began working for Defendant on November 7, 2008, as a Life Enhancement Coordinator.

Electronically Filed - St Louis County - April 15, 2026 - 03:02 PM

14. Plaintiff resigned employment for about a year, and was rehired by Defendant in May 2012 with the same job role.

15. Around 2021 Plaintiff was promoted to Creative Services Director.

16. Plaintiff worked for Defendant for 17 years total, with a clean work history, free of any demotions or infractions.

17. On November 29, 2024, another employee of Defendant reported to Plaintiff that she was being sexually harassed.

18. That employee reported to Plaintiff.

19. Plaintiff informed Defendant's Compliance Officer about the employee that was being harassed and emailed the head of Human Resources, the Regional Manager, and the Director of Operations after her call with the Compliance Officer.

20. Three days later, on December 2, 2024, Plaintiff was terminated by Defendant.

21. Defendant provided no cause for the termination.

22. The MHRA protects employees reporting sexual harassment on behalf of a subordinate employee.

23. It is a violation of Missouri law to retaliate against an employee for reporting sexual harassment.

### COUNT I – Sexual Harassment Retaliation

24. Plaintiff incorporates all prior paragraphs.

25. Plaintiff is a "person" as defined under the MHRA.

26. Defendant is an "employer" as defined under the MHRA.

27. Sexual harassment creating a hostile work environment is a practice prohibited by the MHRA RSMo. § 213.010, et. seq.

3

Electronically Filed - St Louis County - April 15, 2026 - 03:02 PM

28.     Pursuant to RSMo. § 213.070, it is unlawful for an employer to "retaliate or discriminate in any manner against any other person because such person has opposed any practice prohibited by this chapter or because such person has filed a complaint, testified, assisted, or participated in any manner in any investigation, proceeding or hearing conducted pursuant to this chapter."

29.     Plaintiff complained to HR and management about an employee facing sexual harassment, creating a hostile work environment.

30.     As a direct result, Plaintiff suffered damages due to an act of reprisal from Defendant.

31.     The closeness in time between Plaintiff's complaint and Defendant terminating Plaintiff supports an inference of retaliatory motive.

32.     As a result of Defendant's retaliation, Plaintiff has sustained and continues to sustain damages, including but not limited to economic loss in the form of lost wages and benefits of employment, future lost wages and earnings, emotional pain, suffering, humiliation, fear, anxiety, dread, inconvenience, mental anguish, embarrassment, loss of enjoyment of life and deprivation of her civil rights.

33.     The actions of Defendant in retaliating against Plaintiff in direct violation of Missouri statutes was done intentionally, maliciously, and with willful indifference to the rights of the Plaintiff. Therefore, Plaintiff is entitled to punitive damages in an amount to be determined by the jury.

34.     Plaintiff is entitled to recover reasonable attorneys' fees and costs from Defendant, as provided in RSMo. § 213.111.2.

Electronically Filed - St Louis County - April 15, 2026 - 03:02 PM

WHEREFORE Plaintiff Annthea Dean prays this court will rule in her favor and against Defendant Reliant Care Management Company, LLC for retaliation based on reporting sexual harassment in violation of RSMo. § 213.010, et. seq., and award Plaintiff actual, compensatory, and/or punitive damages in such an amount in excess of $25,000.00 as is deemed fair and reasonable, prejudgment interest, as allowed by law, reasonable attorneys' fees and costs of suit, and for such other relief as this Court deems just, proper and justice requires.

Respectfully,

/s/ Michael D. Garland
Michael D. Garland, #74663(MO)
101 W. Argonne Ave. #202
Kirkwood, MO 63122
Tel: 314-332-6228
Email: michael@garlandlawpc.com

**Attorney for Plaintiff Annthea Dean**