26SL-CC03129

Electronically Filed - St Louis County - April 15, 2026 - 03:02 PM

EEOC Form 5 (06/22)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | Missouri Commission on Human Rights<br>*State or local Agency, if any* | and EEOC |

| Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev., etc.)* | Home Phone | Year of Birth |
|---|---|---|
| Ms. Annthea Dean | 573-248-4900 | 1981 |

| Street Address, City State and ZIP Code |
|---|
| 1304 Wyaconda Ave.,<br>Canton, MO 63435 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Reliant Care Management Company, L.L.C. | 100+ | |

| Street Address, City State and ZIP Code |
|---|
| 1869 Craig Park Ct<br>St. Louis, MO 63146 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address, City, State and ZIP Code |
|---|
| |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| Sexual harassment retaliation | Earliest<br>November 29, 2024 | Latest<br>December 2, 2024 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I worked at Reliant for over 20 years, with a clean work history, free of any demotions or infractions. Just four days before I was terminated, without cause, I filed a complaint to HR for sexual harassment on behalf of an employee that reported to me and was fired in retaliation for my complaint.

For specifically, an employee that reported to me had informed me that a coworker had sexual relations with her while she was intoxicated. This coworker then began informing others in the office about the incident. As a result, the male coworkers began making extremely lewd and inappropriate comments to my employee, harassing her daily.

I believe the comments and behavior rose to the level of sexual harassment. As such, I notified Reliant's management team about the inappropriate behavior. Instead of taking steps to deal with the incidents, Reliant terminated my employment. This is clearly in retaliation for asserting claims of an employee facing sexual harassment.

As a result of Reliant's discrimination and retaliation, I suffered financial damages and mental and emotional distress.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 7/29/25<br>Date          *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |